IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JIMMY FRANK CAMERON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 7-05-CV-1409-LSC-TMP |
| ) | |
| ERIC C. LANEY, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on August 4, 2005, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted. The plaintiff filed objections to the report and recommendation on August 9, 2005.

Plaintiff states that he intended to include all employees of the bank as defendants when he wrote "et al." on the line for defendants' names. Regardless of how many employees plaintiff names, banks, **_or their employees_**, are not state actors subject to liability under § 1983, the Fourth Amendment, or the Fourteenth Amendment. *See Daniels v. Charter One Bank*, 39 Fed. Appx. 223 (6th Cir. 2002)(*emphasis added*).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim for which relief can be granted.  A Final Judgment will be entered.

Done this 9th day of September 2005.

                                                   L. SCOTT COOGLER
                          UNITED STATES DISTRICT JUDGE
                                        124153